UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. MONA MURILLO,<br>CDCR #P-43503,<br><br>                              Plaintiff,<br><br>vs.<br><br>A. RAMOS; UBANO; COWART; BANUELOS; WARDEN, Richard J. Donovan Correctional Facility,<br><br>                            Defendants. | Case No.: 3:22-cv-00548-MMA-AGS<br><br>**ORDER: (1) GRANTING EXTENSION OF TIME TO PAY FILING FEE; AND (2) GRANTING MOTION TO CHANGE NAME ON DOCKET**<br><br>[Doc. Nos. 22, 23] |

      Plaintiff R. Mona Murillo ("Murillo" or "Plaintiff"), currently incarcerated at Richard J. Donovan Correctional Facility ("RJD") in San Diego, California, is proceeding *pro se* in this case pursuant to 42 U.S.C. § 1983. *See* Doc. Nos. 1, 6. On November 15, 2022, the Court denied Plaintiff's request to proceed *in forma pauperis* ("IFP) and granted her forty-five (45) days in order to pay the $402 initial civil filing fee. *See* Doc. No. 19.

      Plaintiff has filed a request for extension of time to pay the initial civil filing fee, which the Court **GRANTS**. *See* ECF No. 23. Plaintiff shall have until **January 31, 2023**, to pay the initial $402 civil filing fee.

1

In addition, Plaintiff has also filed a "Motion to Change Name and Gender on Docket." Doc. No. 22. In this Motion, Plaintiff indicates that she has changed her name from "Ramon Murillo" to "Mona Salcida Murillo." *Id.* at 1. She has also submitted a copy of the decree filed in San Diego Superior Court indicating that her name and gender have been changed. *See id.* at 3. Therefore, the Court **GRANTS** Plaintiff's request and **DIRECTS** the Clerk of Court to update the Court's docket to reflect Plaintiff's name as "Mona Salcida Murillo[1]."

**IT IS SO ORDERED**.

Dated:  December 5, 2022

HON. MICHAEL M. ANELLO
United States District Judge

---

[1] The Court also takes judicial notice of the CDCR Inmate locator which does not reflect that Plaintiff's name has been updated within the CDCR. *See* https://inmatelocator.cdcr.ca.gov (website last visited December 5, 2022.) Therefore, the Court will also direct the Clerk of Court to add "aka Ramon Murillo" in order that there is no disruption in Plaintiff receiving mailings from the Court.