UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONA SALCIDA MURILLO,<br><br>  Plaintiff,<br><br>v.<br><br>A. RAMOS, Correctional Officer; URBANO, Correctional Officer; COWART, Correctional Sergeant ADA; BANUELOS, Correctional Sergeant EOP/ADA; WARDEN, Richard J. Donovan Correctional Facility, CDCR; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>  Defendant. | Case No.: 22-CV-548 TWR (AHG)<br><br>**ORDER DENYING AS MOOT (1) DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S FIRST AMENDED COMPLAINT, (2) PLAINTIFF'S MOTION FOR COURT ENTRY OF DEFAULT BY ALL DEFENDANTS, AND (3) PLAINTIFF'S MOTION FOR COURT ORDER ORDERING DEFENDANTS AND THE ATTORNEY GENERAL TO RESPOND TO COMPLAINT**<br><br>(ECF Nos. 46, 47, 55) |

Presently before the Court are several motions filed both by Plaintiff Mona Salcida Murillo and Defendants A. Ramos, Correctional Officer; Urbano, Correctional Officer; Cowart, Correctional Sergeant ADA; Banuelos, Correctional Sergeant EOP/ADA; Warden, Richard J. Donovan Correctional Facility; and the California Department of Corrections and Rehabilitation: (1) Defendants' Motion for Partial Dismissal of Plaintiff's First Amended Complaint (ECF No. 46 ("Mot. to Dismiss")); (2) Plaintiff's Motion for

1

Court Entry of Default by All Defendants (F.R.C.P. 55(b)(2)) (ECF No. 47); and (3) Plaintiff's Motion for Court Order Ordering Defendants and the Attorney General to Respond to Complaint (ECF No. 55) (together with ECF No. 47, "Pl.'s Mots."). The Court also recognizes that Plaintiff has filed several additional motions docketed at ECF Nos. 32, 50, and 51 that are pending before the Honorable Allison H. Goddard and will be resolved through separate order and/or at the Case Management Conference set for May 24, 2023, at 1:30 p.m. (*See* ECF No. 56.)

In light of Defendants' filing of their Motion to Dismiss, the Court **DENIES AS MOOT** Plaintiff's Motions (ECF Nos. 47, 55). Further, as agreed by the Parties, (*see* ECF Nos. 60, 63), Plaintiff's subsequent filing of a Second Amended Complaint, (*see* ECF No. 57), renders Defendants' Motion to Dismiss moot. The Court therefore also **DENIES AS MOOT** Defendants' Motion to Dismiss (ECF No. 46). Accordingly, Defendants **SHALL RESPOND** to Plaintiff's operative Second Amended Complaint in accordance with Federal Rule of Civil Procedure 12(a)(4)(A).

**IT IS SO ORDERED.**

Dated: May 24, 2023

_____
Honorable Todd W. Robinson
United States District Court